# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ALINA VOLKOVA-BURDA AND STEVEN BURDA,

        Petitioners

        v.

SUPERIOR COURT OF PENNSYLVANIA (EASTERN DISTRICT),

        Respondent

:  No. 134 MM 2019
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of December, 2019, the "Application for Leave in Original Jurisdiction," to the extent it seeks leave to file original process, is GRANTED. The "Petition for Writ of Mandamus Together with Application for Leave to File Original Process Pursuant to Pa.R.A.P. 3307 and King's Bench Pa.R.A.P. 3309" and the "Application to Append and Combine" are DENIED.